Yitz E. Weiss, Esq. – State Bar No. 244452
weiss@kaplanweiss.com
Jonathon Kaplan, Esq. – State Bar No. 150838
kaplan@kaplanweiss.com
KAPLAN WEISS LLP
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 553-4550
Facsimile: (213) 553-4590

Attorneys for Plaintiff,
COMMITTEE FOR THE ADVANCEMENT OF TORAH
D/B/A OK KOSHER CERTIFICATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMITTEE FOR THE ADVANCEMENT OF TORAH D/B/A OK KOSHER CERTIFICATION, a New York religious corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE KIAN COMPANY, INC. D/B/A NUTRAW, a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 8:20−cv−02275−FLA (ADSx)<br><br>**STIPULATION** |

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff COMMITTEE FOR THE ADVANCEMENT OF TORAH D/B/A OK KOSHER CERTIFICATION ("OK KOSHER") and THE KIAN COMPANY, INC. D/B/A NUTRAW ("KIAN"), that judgment and a permanent injunction shall be entered in this case as set forth below.

This Stipulation is based on the following agreed Statement of Facts:

## STATEMENT OF FACTS

1. Plaintiff OK KOSHER is a New York religious corporation that provides kosher certifications of food products. OK KOSHER is the sole and exclusive

licensee of the Certification Mark described in the complaint herein and which is registered on the Principal Register of the United States Patent and Trademark Office, Registration No. 2,094,030 ("the OK Certification Mark").

2. Defendant THE KIAN COMPANY, INC. D/B/A NUTRAW ("KIAN") is a California corporation, produces and sells food products in California and throughout the United States. Prior to July 2020, KIAN was licensed to use the OK Certification Mark. Subsequent to July 2020, OK KOSHER has discovered products sold by KIAN with labels bearing the OK Certification Mark. In addition, since July 2020, labels bearing the OK Certification Mark have appeared on the KIAN website. KIAN acknowledges that it did not take sufficient action to prevent products bearing the OK Certification Mark from appearing in the marketplace or in its website after July 2020. KIAN recognizes that OK KOSHER will suffer irreparable injury if KIAN is not enjoined from such continued use.

3. On December 3, 2020, OK KOSHER filed a complaint in this Court asserting claims for federal trademark infringement, counterfeit of registered mark, federal unfair competition and false designation of origin, unfair competition under California law and false advertising under California law.

4. KIAN has yet to appear in this litigation. However, the parties have entered into a confidential settlement agreement that provides for a resolution of this matter by means of this Stipulated Judgment and Permanent Injunction and on other terms.

5. OK KOSHER and KIAN acknowledge and agree as follows:
    a. All matters set forth in this Statement of Facts are true and correct.
    b. This Court has subject matter jurisdiction over this action.
    c. This Court has personal jurisdiction over each of the parties herein.
    d. Venue is proper in this Court.
    e. Each of the parties herein waives any right to a hearing, trial and appeal regarding the matters set forth herein.

Based on this Statement of Facts, the parties hereby consent to and request entry of judgment and a permanent injunction as set forth in the Proposed Judgment attached hereto.

Respectfully submitted,

KAPLAN WEISS LLP

By: /s/ Yitz E. Weiss
Yitz E. Weiss, Esq.
Attorneys for Plaintiff,
COMMITTEE FOR THE ADVANCEMENT OF TORAH
D/B/A OK KOSHER CERTIFICATION
E-mail: weiss@kaplanweiss.com

THE KIAN COMPANY, INC. D/B/A NUTRAW

By: _____

Kevin Kian, Chief Executive Officer of
THE KIAN COMPANY, INC. D/B/A NUTRAW

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document will be served on this date to all current and/or opposing counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system and that any non-filing user(s) will be served by U.S. Mail.

Executed on **March 4, 2021**, at Los Angeles, California.

                                             _____s/ Yitz E. Weiss_____

                                                  YITZ E. WEISS

**KAPLAN WEISS LLP**
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071